JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| MORGAN STANLEY SMITH BARNEY LLC and MORGAN STANLEY SMITH BARNEY FA NOTES HOLDINGS LLC,<br><br>Petitioners,<br><br>v.<br><br>MICHAEL LUCIANO SPINALI, a/k/a MICHAEL L. SPINALI, a/k/a MICHAEL SPINALI,<br><br>Respondent. | Case No. SACV 15-1539 AG DFM(x)<br><br>**JUDGMENT** |

The Court enters Judgment in favor of Morgan Stanley Smith Barney LLC and Morgan Stanley Smith Barney FA Notes Holdings LLC and against Michael Luciano Spinali a/k/a Michael L. Spinali a/k/a Michael Spinali for the sum of $183,135.69, plus costs and fees if recoverable of $_____.

Dated December 29, 2015

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT